IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: September 09, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-21040

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mark John Lefevre and Jessica Lee Lefevre<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Mark John Lefevre and Jessica Lee Lefevre, Debtors, Lawrence J. Warfield, Trustee.<br><br>      Respondents. | No. 2:10-BK-23304-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 3, 2006 and recorded in the office of the Navajo County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Mark John Lefevre and Jessica Lee Lefevre have an interest in, further described as:

Parcel No. 1:

Lot 10, Block 5, Sierra Plaza Unit Two, According To Book 8 Of Maps, Page 4, Records Of Navajo County, Arizona;
Except That Part Thereof Described As Follows:
Beginning At The Southeast Corner Of Said Lot 10;
Thence Westerly Along The South Line Of Said Lot 10 To A Point Where Lots 12 And 13 Intersect;
Thence Northerly And Parallel To The East Line Of Said Lot 10, A Distance Of 30 Feet To A Point;
Thence Easterly And Parallel To The South Line Of Said Lot 10 To A Point On The East Line Of Said Lot 10;
Thence Southerly Along The East Line Of Lot 10 To The Point Of Beginning;
Except All Minerals, Ores, And Metals Of Every Kind And Character And All Coal, Asphaltum, Oil, Gases, Fertilizers, Fossils And Other Like Substances As Reserved Unto The State Of Arizona In Patent To Said Land; Also
Except An Undivided One Half Interest In All Oil, Gas, Coal, And Other Hydrocarbon Substances And Minerals As Reserved In Instrument Recorded Book 68, Page 171-172.

Parcel No. 2:

Lot 12, Block 5, Sierra Plaza Unit Two, According To Book 8 Of Maps, Page 4, Records Of Navajo County Arizona.
Except All Minerals, Ores, And Metals Of Every Kind And Character And All Coal, Asphaltrum, Oil, Gases, Fertilizers, Fossils, And Other Like Substances As Reserved Unto The State Of Arizona In Patent To Said Land; Also
Except An Undivided One Half Interest In All Oil, Gas, Coal, And Other Hydrocarbon Substances And Minerals As Reserved In Instrument Recorded In Book 68, Pages 171-172.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.